UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:19-cv-61845-DPG

DANIEL MONCADA,

    Plaintiff,
vs.

REGAL CINEMAS, INC.,
a foreign for-profit corporation,

    Defendant.
_____/

## DEFENDANT'S REPORT PURSUANT TO ORDER (D.E. 5)

Regal Cinemas, Inc. ("Defendant") hereby submits this report pursuant to Order (D.E. 5), and states as follows:

The mobile website sued by Plaintiff is https://www.regmovies.com  ( see Complaint PP 12) . The website is completely functional with  screen readers ( the plaintiff's alleged claim) . This compliance is confirmed by the screenshot of the WAVE audit shown below, showing "0 errors". WAVE is the most commonly used auditing software. WAVE is developed and maintained by WebAIM a non-profit program of the Center for Persons with Disabilities at Utah State University to confirm ADA compliance. Defendant is completing some issues unrelated to a blind individual's use of the website with a screen reader and expects to be able to show, through additional third party software audits, that the website is also fully accessible to individuals with *other* disabilities. Defendant expect to be able to submit those reports within 180 days.



Dated: September 18, 2019

                                      Respectfully Submitted,

                                By            /s/ *Nelson C. Bellido*
                                    Nelson C. Bellido
                                    ROIG Lawyers
                                    44 W. Flagler Street, Suite 2100
                                    Miami, Florida 33130
                                    Telephone: (305) 405-0997 Ext. 1614
                                    Facsimile: (305) 405-1022
                                    nbellido@roiglawyers.com

                                    *Attorneys for Defendant,*
                                    *Regal Cinemas, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: duranandassociates@gmail.com

By:  /s/ *Nelson C. Bellido*
      Nelson C. Bellido